IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MOHAMED DEM DIALLO,            :
       Petitioner,                    :       1:17-cv-1378
                                      :
v.                              :       Hon. John E. Jones III
                                      :
CLAIR DOLL, WARDEN, YORK        :
COUNTY PRISON,                  :
       Respondent.                    :

# ORDER

**September 18, 2017**

NOW THERERORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 4) is GRANTED.

2. The petition for writ of habeas corpus (Doc. 1) is DENIED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                    s/ John E. Jones III
                                    John E. Jones III
                                    United States District Judge